# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

QUINTELLA BUTLER                                                                    PLAINTIFF

V.                                    4:15CV00486 SWW/JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                      DEFENDANT

## ORDER

On November 9, 2015, Plaintiff filed a motion (*doc. 9*) requesting a voluntary dismissal without prejudice. *See* Fed. R. Civ. P. 41(a). The Commissioner has not responded, and the time for doing so has expired.

Without objection, Plaintiff's Motion to Dismiss (*doc. 9*) is GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE.

Dated this 1st day of December, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE